**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

*Granted.
11/5/14
Karen L. Litkovitz*

| | |
|---|---|
| **Mary Ann Lay,**<br>        **Plaintiff,** | )<br>)<br>) |
| **v.** | )<br>) |
| **Carolyn W. Colvin,**<br>**Acting Commissioner of**<br>**Social Security,**<br>        **Defendant.** | )<br>)<br>)<br>)<br>) |

**Civil Action No.: 1:13-cv-00608**

**Magistrate Judge Litkovitz**

**JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE AWARD**

Plaintiff and Defendant, by their respective counsel, stipulate to an award to Plaintiff of

attorney fees in the amount of $5,250.00 and costs in the amount of $418.00 in full satisfaction and

settlement of any and all claims Plaintiff may have under the Equal Access to Justice Act in the

above case. This award of fees and costs will satisfy all of Plaintiff's claims for fees, costs, and

expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff, and not his

attorney, can be offset to satisfy pre-existing debt that the litigant owes the United States under

Astrue v. Ratliff, 130 S.Ct. 2521, 560 U.S. 586 (2010). Plaintiff and Defendant move that the Court

award Plaintiff $5,250.00 in attorney fees and $418.00 in costs, for a total of $5,668.00.

After the court enters this award, if counsel for the parties can verify that Plaintiff owes no

pre-existing debt subject to offset, the Defendant agrees to direct that the award be made payable to

Plaintiff's attorney pursuant to the EAJA assignment duly signed by Plaintiff and counsel.

Dated: November 4, 2014.